United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF 30(b)(6) SUBPOENA TO TESTIFY AT DEPOSITION AND TO PRODUCE DOCUMENTS ISSUED TO NON-PARTY TWITTER, INC. IN *AGENCE FRANCE PRESSE V. MOREL*, 1:10-CV-02730-WHP, PENDING IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | No. C-11-mc-80218-JSW (DMR) |
| | **ORDER OF DISMISSAL** |

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the Notice of Withdrawal of Non-Party Twitter, Inc.'s Motion to Quash Notice of FRCP 30(b)(6) Subpoena to Testify at Deposition and to Produce Documents. [Docket No. 9.]  Accordingly, the action is DISMISSED without prejudice.  The Clerk is directed to close the file.

Dated:  January 3, 2012

_____
DONNA M. RYU
United States Magistrate Judge